**Order entered October 7, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00639-CR

## CHRISTOPHER NATHAN FODOR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-24865-Q**

## ORDER

Before the Court is appellant's October 4, 2022 motion to substitute counsel. We **GRANT** the motion and **DIRECT** the Clerk of the Court to **REMOVE** April Smith and **SUBSTITUTE** John D. Nation as counsel for appellant. All future correspondence should be sent to John D. Nation; 5931 Greenville Avenue; Suite 1095; Dallas, Texas 75206; telephone: (305) 833-5319; facsimile: (469) 256-7153;

email: nationlawfirm@gmail.com.

/s/    ERIN A. NOWELL
JUSTICE